JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUADALUPE OREA RUIZ,<br>Petitioner,<br>v.<br>ACTING WARDEN, Adelanto Detention Center, et al.,<br>Respondents. | Case No. 5:26-cv-04807-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: September 8, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE